UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JEFFREY JOHNSON, Institutional ID No. 2157288,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK L. O'DANIEL, *et al.*,<br><br>Defendants. | No. 1:23-CV-00142-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated January 30, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge